## **NOTICE OF ORDER**

      On June 26, 2020, in another action, the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York entered an Opinion and Order directing that Mr. Liebowitz and LLF file a copy of that Opinion and Order in all currently pending cases. A copy of Judge Furman's order is attached hereto.

      Mr. Liebowitz and LLF strongly contest Judge Furman's factual findings and legal conclusions, and have appealed the Opinion and Order to the United States Court of Appeals for the Second Circuit.

Dated: August 24, 2020
       Valley Stream, New York

                                                        Respectfully Submitted,

                                                        LIEBOWITZ LAW FIRM, PLLC,

                                                        **/s/Richard Liebowitz**
                                                        Richard Liebowitz